IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01906-MSK-PAC

JACQUELINE KINSELLA,

    Plaintiff(s),

v.

FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., a Delaware corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Modify the Scheduling Order [filed June 21, 2005] is **GRANTED** as follows:

    Plaintiff has until on or before **July 11, 2005** to serve written discovery.

Dated:  June 23, 2005

_____
The undersigned certifies that a copy of the foregoing Minute Order was served on June 23, 2005, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

Elwyn F. Schaefer, Esq. **
Andrea J. Kershner, Esq.
Elwyn F. Schaefer & Associates, P.C.
600 17th Street, Ste. 2005-S
Denver, CO 80202

Heather Fox Vickles, Esq. *
Sherman & Howard, LLC
**D.C. Box No. 12**

Ronald E. Manthey, Esq. **
Baker & McKenzie LLP
2001 Ross Avenue, Ste. 2300
Dallas, TX   75201


_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  04-MK-1906 (PAC)

	The undersigned certifies that a copy of the foregoing Minute Order was served on June 23, 2005 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

Elwyn F. Schaefer, Esq. **
Andrea J. Kershner, Esq.
Elwyn F. Schaefer & Associates, P.C.
600 17th Street, Ste. 2005-S
Denver, CO 80202

Heather Fox Vickles, Esq. *
Sherman & Howard, LLC

**D.C. Box No. 12**

Ronald E. Manthey, Esq. **
Baker & McKenzie LLP
2001 Ross Avenue, Ste. 2300
Dallas, TX   75201

_____
Deputy Clerk