IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01906-MSK-PAC

JACQUELINE KINSELLA,

    Plaintiff(s),

v.

FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., a Delaware corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Joint Motion to Amend Scheduling Order [filed July 26, 2005] is **GRANTED** as follows:

    Discovery cut-off is extended to **September 16, 2005.**

    Dispositive motions deadline is extended to **October 21, 2005.**

    IT IS **FURTHER ORDERED** that counsel shall submit future proposed orders to the Court in accordance with the court's electronic filing procedures.  *See* page 15, Electronic Case Filing Procedures (Civil Cases).

Dated:  August 1, 2005