IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01906 (MSK) (PAC)

JACQUELINE KINSELLA,

    Plaintiff,

v.

FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., a Delaware corporation,

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court on parties Joint Motion to Vacate [August 3, 05] Settlement Conference of August 25, 2005 and Re-set for August 11, 2005; and the Court being fully advised in the premises;

IT IS SO ORDERED that the Settlement Conference is hereby re-set for August 11, 2005 at 1:30 p.m. The August 25, 05 conference is vacated.

BY THE COURT:

S/ Patricia A Coan
Magistrate Judge Patricia A. Coan